IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: October 21, 2009

Randolph J. Haines
RANDOLPH J. HAINES
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
District of Arizona

| | |
|---|---|
| In the Matter of:<br><br>Jo Anne Gordinier<br>David Lee Gordinier<br><br>Debtor(s) | Case No.<br><br>Chapter |
| Jo Anne Gordinier<br>David Lee Gordinier<br><br>           Plaintiffs.<br>v.<br><br>HFC, HSBC CONSUMER LENDING,        Defendants. | Adversary No. 2:09-ap 00448-RJH<br><br>STIPULATION AND ORDER |

Upon Stipulation of the parties, the Court finds:

This matter is pending as an adversary proceeding in The District of Arizona brought by the Debtors to "scrape-off" a second Deed of Trust which is presently unsecured by any equity in their residence located at 739 W. Portobello Avenue Mesa AZ 85210.

The parties desire to resolve the adversary proceeding with a final judgment and therefore enter into this Stipulation.

The Defendant warrants that it/they are authorized to enter into a binding agreement regarding the Deed of Trust recorded on 9/17/2007 at # 2007-1028309 and to bind all successors and assigns thereto.

THEREFORE IT IS ORDERED AS FOLLOWS:

1. **UNSECURED CLAIM:** The claim of Defendant HSBC CONSUMER LENDING, for the 2nd Deed of Trust on the property located at 739 W. Portobello Avenue Mesa AZ 85210 evidenced by a Deed of Trust recorded with the Maricopa County Recorder at # 9/17/2007 at # 2007-1028309 (hereafter the "lien" or "second lien") is declared to be a

**general unsecured claim** and shall be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 Plan and subject to discharge in bankruptcy upon Debtors' completion of the Plan and receipt of discharge;

**LIEN AVOIDED:** The lien claimed by Defendant HSBC CONSUMER LENDING on Debtors property located at (hereafter "the property" and legally described as:

```
LOT 82, OF SUNRIDGE UNIT THREE, ACCORDING TO THE PLAT OF
RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA
COUNTY, ARIZONA, RECORDED IN BOOK 195 OF MAPS, PAGE 40.
```

be and hereby is **avoided, "stripped off" and declared null and void.**

2. Upon the confirmation of the Chapter 13 Plan, Defendant or its successors and/or assigns shall execute and file with the County Recorder wherein the Deed of Trust is filed a DEED OF RELEASE AND RECONVEYANCE re conveying the property free and clear of the Deed of Trust to Debtors.

**SIGNED AND DATED AS ABOVE.**

**Approved as to form and content**

This 19th day of Oct, 2009.

_____
Kevin Hahn, Esq.
MALCOLM CISNEROS, A1AW Corporation
2112 Business Center Drive, 2nd Flr.
Irvine, CA 92612
Attorney for Defendant HSBC Consumer Lending

_____
Janice M. Palmer
Law Offices of Janice M. Palmer, P.C.
2420 W. Ray, Ste. 1
Chandler, AZ 85224
Attorney for Plaintiff JoAnn and David Gordinier